## PEOPLE v. POWELLSON.

### No. 20,053; May 21, 1885.

#### 7 Pac. 35.

**Prostitution—Enticement of Female.**—Conviction held not sustained by the evidence.[1]

APPEAL from the Superior Court of the City and County of San Francisco.

Defendant was convicted in the lower court of enticement of female for purpose of prostitution.

C. B. Darwin for appellant; E. C. Marshall, attorney general, for respondent.

By the COURT.—The defendant was charged by indictment with taking, from certain individuals having the legal charge of her person, a female under the age of eighteen years, for the purpose of prostitution, under section 267, Penal Code. There was no evidence that the infant was taken from the charge or custody of the persons named in the indictment.

Judgment and order reversed, and cause remanded for a new trial.

---

[1] Cited and followed in People v. Flores, 160 Cal. 766, 118 Pac. 248, where the girl alleged to have been enticed was proved not to have been under a parent's charge or custody at the time, but, on the contrary, a street-walker.